IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA SPENCER LOWE                                                                    PLAINTIFF
#8862

v.                                           4:23-cv-00656-JM-JJV

ERIC HIGGINS, Sheriff,
Pulaski County; *et al.*                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 4.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution, and this case is CLOSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 12th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE