IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA SPENCER LOWE                                                                                    PLAINTIFF
#8862

v.                                          4:23-cv-00656-JM-JJV

ERIC HIGGINS, Sheriff,
Pulaski County; *et al.*                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 12th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE